IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:24-16 |
| v. | (26 U.S.C. § 7206(1); 18 U.S.C. § 1716(j)(1)) |
| JOHN ALLAN, JR. | |

**INFORMATION**

**COUNT ONE**

The United States Attorney charges that:

On or about January 31, 2022, in the Western District of Pennsylvania and elsewhere, the defendant, JOHN ALLAN, JR., willfully made and subscribed a false joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That tax return did not report any self-employment income and reported total income on line 9 of $39,458, whereas, as JOHN ALLAN, JR. knew, he had a business selling fireworks from which he derived self-employment income, and his total income was more than double the amount reported on the tax return.

In violation of Title 26, United States Code, Section 7206(1).

**COUNT TWO**

The United States Attorney further charges that:

On or about June 8, 2022, in the Western District of Pennsylvania, the defendant, JOHN ALLAN, JR., did knowingly and not in accordance with regulations prescribed by the United States Postal Service, deposit for delivery by mail according to the direction thereon nonmailable matter as defined in Title 18, United States Code, Section 1716(a), that is, fireworks.

In violation of Title 18, United States Code, Section 1716(j)(1)).

ERIC G. OLSHAN
United States Attorney
Western District of Pennsylvania
IL ID No. 6290382

WILLIAM B. GUAPPONE
Assistant United States Attorney
Western District of Pennsylvania
NC ID No. 46075